IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) |
|        Plaintiffs, | ) |
| v. | ) |
| FORTIS, INC., *et al.*, | )   Civil Action No.: CCB 03-527 |
|        Defendants. | ) |

### AFFIDAVIT OF SERVICE

1. I, William J. Murphy, am over the age of 18 and I am competent to testify from personal knowledge as to the matters set forth in this Affidavit.

2. On February 21, 2003, I sent by certified mail, return receipt requested, an original Summons, Complaint and Civil Case Information Sheet in the referenced action to Arthur Heggen, Corporate Secretary, at American Bankers Insurance Group, Inc., 11122 Quail Roost Drive, Miami, Florida 33157.

3. On March 3, 2003, I received the original return receipt from the United States Postal Service, indicating that an individual named Octavia Clark received the package on February 26, 2003. The original receipt is attached hereto as Exhibit A.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

                                                              */s/*
                                                              William J. Murphy

Subscribed and sworn to me this 10th day of March, 2003.

                                                              Kimberly A. Park
                                                              Notary Public

My commission expires: 4-1-05