UNI    Po  AL SER  E 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

William J. Murphy, ESQ
Murphy & Shaffer
36 S. Charles Street, Suite 1400
Balt. Md. 21201

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Arthur Heggen
Corporate Secretary
American Bankers Insurance
  Group, Inc.
11122 Quail Roost Drive
Miami, Florida 33157

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Octavia Clark
B. Date of Delivery: 2-26
C. Signature: X [signature]
   ☒ Agent
   ☐ Addressee

Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label)
7099 3400 0017 6876 8171

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952



EXHIBIT A