# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TRUITT ENTERPRISES, LLC**, *et al.*,    ) | |
|                       ) | |
|       **Plaintiffs,**          ) | |
|                       ) | |
|    **v.**                  ) | |
|                       ) | |
| **FORTIS, INC.**, *et al.*,         ) | **Civil Action No.:  CCB 03-527** |
|                       ) | |
|       **Defendants.**        ) | |

## AFFIDAVIT OF SERVICE

1   I, Marie E. Reed, am over the age of 18 and I am competent to testify from personal knowledge as to the matters set forth in this Affidavit.

2.   On February 21, 2003, at approximately 3:45 p.m., I personally delivered an original Summons, Complaint and Civil Case Information Sheet in the referenced action to Gorina Moody, at the Office of the Insurance Commissioner of Maryland, 525 St. Paul Place, 2nd Floor, Baltimore, Maryland, as the statutory resident agent for the defendant American Security Insurance Company.  Ms. Moody informed me that she was authorized to accept service on behalf of Steven B. Larsen, the Insurance Commissioner for the State of Maryland.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

*Marie E. Reed*
Marie E. Reed

Subscribed and sworn to me this 10ᵗʰ day of March, 2003.

*Kimberly H. Park*
Notary Public

My commission expires: 4-1-05