IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, et al. | * | |
| Plaintiffs, | * | Civil Action No.: |
| v. | * | **CCB 03-CV-527** |
| FORTIS, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendants American Bankers Insurance Group, Inc. ("ABIG"), American Security Insurance Company ("ASIC") and Fortis, Inc. ("Fortis"), by their undersigned counsel, hereby file this motion to dismiss pursuant to Fed. R. Civ. P. 12(b). As the basis of their motion, Defendants state as follows:

1. Fed. R. Civ. P. 13 requires that the claims made by the Plaintiffs herein be brought as compulsory counterclaims in a previously filed federal action pending in the District of New Jersey;

2. The contract-based claims against Fortis must be dismissed because Fortis was not a party to the contract at issue; and

3. The third-party beneficiary claim of Plaintiff James F. Truitt, Jr., P.A. ("TPA") must be dismissed because TPA was not identified in the contract at issue and was not a primary and direct beneficiary of the contract.

In support of their motion, Defendants rely upon their memorandum of points and authorities filed simultaneously herewith.

WHEREFORE, the Defendants request that the Complaint be dismissed in its entirety and grant such other further relief as is deemed appropriate.

_____/s/_____
Kathryn Miller Goldman
Jiranek, Goldman & Minton, P.C.
19 E. Fayette Street, Suite 401
Baltimore, MD 21202
(410) 783-1300

SULLIVAN & WORCESTER LLP
Michael T. Sullivan
Andrew T. Solomon
565 Fifth Avenue, 18th Floor
New York, New York 10017

Attorneys for Fortis, Inc, American Bankers Insurance Company, Inc., and American Security Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 18th day of March, 2003 that a copy of the foregoing Motion to Dismiss and Memorandum in Support thereof will be served electronically through the Court's CMECF System, otherwise by first-class mail postage pre-paid, to:

William J. Murphy, Esq.
John J. Connolly, Esq.
Murphy & Shaffer
Suite 1400
36 South Charles Street
Baltimore, MD, 21201-3109

_____/s/_____