JIRANEK, GOLDMAN & MINTON, P.C.
ATTORNEYS AT LAW

19 EAST FAYETTE STREET · SUITE 401 · BALTIMORE, MARYLAND 21202
410.783.1300 · FAX 410.783.5700

**Kathryn Miller Goldman**
*kgoldman@jgmlegal.com*

March 19, 2003

Clerk, Civil Division
United States District Court
   for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Truitt Enterprises, LLC, et al v. Fortis, Inc., et al
                Civil Action No.: CCB – 03 cv 527_____

Dear Sir or Madam Clerk:

      The purpose of this letter is to file a corrected Memorandum in Support of Defendants' Motion to Dismiss. The original memorandum was filed electronically on March 18, 2003 as a document associated with the motion. However, it contained errors that made parts of the document, as filed, unreadable. The memorandum attached hereto has been corrected and is readable. The Plaintiff was served by hand with a readable copy of the memorandum along with the motion on March 18, 2003. Therefore, the Defendants request that the memorandum filed with the Court on March 18, 2003 be stricken and replaced with this one.

      Please let me know if there is any other action I need to take to replace this memorandum in the Court's file. Thank you for your courtesy and cooperation in this matter.

                              Very truly yours,

                              /s/

                              Kathryn Miller Goldman

KMG/dmr
Enclosures
cc:    William J. Murphy, Esq.
        John J. Connelly, Esq.
        Michael T. Sullivan, Esq.
        Andrew T. Solomon, Esq.