IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORTIS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. CCB 03-527 |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits A, B, and C, which are attachments to Plaintiffs' Opposition to Motion to Dismiss filed in this action, exist only in paper format (in their complete, filed forms) and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

March 27, 2003                                       MURPHY & SHAFFER

                                                                 By:    /s/ *John J. Connolly*
                                                                         William J. Murphy
                                                                         John J. Connolly

                                                                 36 S. Charles St., Suite 1400
                                                                 Baltimore, Maryland 21201
                                                                 (410) 783-7000
                                                                 (410) 783-8823 (fax)

                                                                 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March, 2003, I caused copies of the foregoing NOTICE OF FILING OF LENGTHY EXHIBITS to be sent by first-class, postage-prepaid mail to:

> Kathryn Miller Goldman, Esquire
> JIRANEK, GOLDMAN & MINTON, P.C.
> 19 E. Fayette Street, Suite 401
> Baltimore, Maryland 21202
>
> Michael T. Sullivan, Esquire
> SULLIVAN & WORCESTER LLP
> 565 Fifth Avenue, 18th Floor
> New York, New York 10017

                                                  /s/ *John J. Connolly*
                                                John J. Connolly