IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*,   )<br>   )<br>      Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>FORTIS, INC., *et al.*,   )<br>   )<br>      Defendants.   ) | Civil Action No. CCB 03-527 |

## SECOND DECLARATION OF JAMES F. TRUITT Jr.

I am of sufficient age and competent to testify from my personal knowledge to the following matters:

1. I am a principal of Truitt Enterprises, LLC ("TE"), a Maryland limited liability company whose sole office is in Lutherville, Maryland. I am also a principal of James F. Truitt Jr., P.A. ("JFT"), and I am the only attorney employed by JFT.

2. Since approximately 1994, JFT has represented American Bankers Insurance Group ("ABIG") and related entities that became known collectively as the Assurant Group after Fortis acquired ABIG in late 1999. From 1994 until the present, Assurant Group has known of and authorized JFT's representation. Invoices are sent from JFT to Assurant Group, and payments are made to JFT.

3. In June 2002, Fortis notified me that Assurant Group was "planning to move the Tax Certificate responsibility to Fortis NY by the end of this month." Beginning in July 2002, JFT sent all its invoices for legal services and expenses incurred in connection with the Portfolio to Fortis directly. Since that time, TE and JFT have transacted business principally with Fortis personnel, rather than ABIG or Assurant Group personnel.

EXHIBIT D

4. The legal fees payable to JFT were always a critical component to the contractual relationship between TE and Assurant Group, and I believe Assurant Group personnel were aware of that fact since 1994. Roughly half of the net income paid to TE/JFT over the years was paid for legal services rendered. I would not have been willing to enter into the December 2000 Agreement with the Assurant Group entities if JFT had not been authorized to provide legal services.

5. TE intended that JFT would be a beneficiary of the December 2000 Agreement. I believe that Assurant Group also intended JFT to be a beneficiary of that Agreement. Assurant Group personnel certainly knew that TE intended to retain JFT to provide legal services in Maryland in connection with the Portfolio, and they authorized that practice in writing.

I declare under penalties of perjury that the foregoing is true and correct. Executed this 25th day of March, 2003. *See* 28 U.S.C. § 1746.

James F. Truitt Jr.