IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

------------------------------------- x
TRUITT ENTERPRISES, LLC, et al.                :
                                               :
          Plaintiffs,             :
                                               :       Civil Action No.:
v.                                             :
                                               :       CCB 03-CV-527
FORTIS, INC., et al.                           :
                                               :
          Defendants.             :
------------------------------------- x

## STIPULATION

The parties, by their undersigned counsel, hereby stipulate and agree that the Defendants, Fortis, Inc., American Bankers Insurance Group, Inc., and American Security Insurance Company have until April 11, 2003 to file a reply in support of their motion to dismiss the Plaintiffs' complaint.

| /s/ | /s/ |
|---|---|
| William J. Murphy | Kathryn Miller Goldman |
| John J. Connolly | Jiranek, Goldman & Minton, P.C. |
| Murphy & Shaffer | 19 E. Fayette Street, Suite 401 |
| Suite 1400 | Baltimore, MD 21202 |
| 36 South Charles Street | (410) 783-1300 |
| Baltimore, MD, 21201-3109 | |
| (410) 783-7000 | SULLIVAN & WORCESTER LLP |
| | Michael T. Sullivan |
| Attorneys for Plaintiffs | Andrew T. Solomon |
| | 565 Fifth Avenue, 18th Floor |
| | New York, New York  10017 |
| | |
| | Attorneys for Defendants |