

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **TRUITT ENTERPRISES, LLC, et al** | * | |
| | * | Civil Action No.: |
| Plaintiffs, | * | |
| | * | CCB 03-CV-527 |
| FORTIS, INC., et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Andrew L. Jiranek, am a member in good standing of the bar of this Court. My bar number is 10053. I am moving the admission of Michael T. Sullivan to appear *pro hac vice* in this case as counsel for American Bankers Insurance Group, Inc. ("ABIG"), American Security Insurance Company ("ASIC") and Fortis, Inc. ("Fortis").

We certify that:

The proposed admittee Michael T. Sullivan is a member in good standing of the bars of the following State Courts and/or United States Courts: New York State Courts, *admitted* 1981; United States District Court for the Northern District of New York, *admitted* 1992; United States District Court for the Southern District of New York, *admitted* 1981; United States District Court for the Eastern District of New York, *admitted* 1981; United States Court of Appeals for the 2nd Circuit, *admitted* 1992; United States Court of Appeals for the 3rd Circuit, *admitted* 1981; U.S. Supreme Court, *admitted* 1992

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.



1

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed as a check made payable to Clerk, United States District Court or by major credit card.**

9. The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| Movant | Proposed Admittee |
|---|---|
| Andrew L. Jiranek | Michael T. Sullivan |
| Jiranek, Goldman & Minton, P.C. | SULLIVAN & WORCESTER LLP |
| 19 E. Fayette Street, Suite 401 | 565 Fifth Avenue, 18th Floor |
| Baltimore, MD 21202 | New York, New York 10017 |
| (410) 783-1300 (phone) | (212) 486-8200 (phone) |
| (410) 783-5700 (fax) | (646) 865-1494 (fax) |
| ajiranek@jgmlegal.com | msullivan@sandw.com |