IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

TRUITT ENTERPRISES, LLC, et al,

    Plaintiffs,   *   Civil Action No.:

v.   *   CCB 03-CV-527

FORTIS, INC., et al.,   *

    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER FOR ADMISSION OF MICHAEL T. SULLIVAN *PRO HAC VICE*

Upon consideration of the motion of Andrew L. Jiranek for admission of Michael T. Sullivan pro hac vicie, and for good cause shown, it is this 10th day of April, 2003;

ORDERED, ADJUDGED AND DECREED:

That the motion of Andrew L. Jiranek for admission Michael T. Sullivan pro hac vicie is hereby GRANTED;

That Michael T. Sullivan be ADMITTED PRO HAC VICIE.

       Felicia C. Cannon
       _____
       Clerk, United States District Court
       By: [signature]