LAW OFFICES

**MURPHY & SHAFFER**

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

JOHN J. CONNOLLY  
JConnolly@murphyshaffer.com

TELEPHONE (410) 783-7000  
FACSIMILE (410) 783-8823

April 18, 2003

Hon. Catherine C. Blake  
United States District Judge  
Garmatz Federal Courthouse  
101 W. Lombard St.  
Baltimore, Maryland 21201

**RE: Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.,
C.A. No. CCB 03-527.**

Dear Judge Blake:

  William J. Murphy and I represent the plaintiffs in the referenced matter. The parties are currently disputing whether this Court or the United States District Court for the District of New Jersey should adjudicate their claims. We have filed a motion to dismiss the New Jersey action filed by the Fortis parties for improper venue, or to transfer it to this Court, and the Fortis parties have filed a motion to dismiss this action on the ground that our claims are compulsory counterclaims in the New Jersey action. In our opposition to the defendants' motion to dismiss the action in this Court, we stated that the District of New Jersey probably should go first, and that a hearing had been scheduled on our motion to dismiss or transfer in New Jersey for April 14, 2003, before Judge Katharine S. Hayden. The Fortis parties, in their reply memorandum filed on April 16 in this Court, agree that the New Jersey Court should go first. (The parties' agreement on this point would not bind the Court, of course, which is one reason why we briefed the issue both here and in New Jersey.)

  I write to inform the Court that Magistrate Judge Patty Shwartz, who was subsequently assigned to preside at the hearing in New Jersey, postponed the hearing until April 21, 2003. We will inform this Court promptly of the outcome of the motion in New Jersey, although we cannot be sure that Judge Shwartz will rule on April 21, or that her decision will be final.

  In addition, the parties have attached to their filings in this Court the papers they filed in New Jersey in connection with the motion to dismiss in that Court. To complete the record, I am filing today (in paper form only) the reply memorandum we submitted in New Jersey, along with a Notice of Filing of Lengthy Exhibit.

Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/

                                    John J. Connolly

cc: Kathryn Miller Goldman, Esq. (by efiling system)
    Andrew Solomon, Esq. (by efiling system)