IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. CCB 03-527 |
| ) | |
| FORTIS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibit A, which is an attachment to the letter to Judge Blake from John Connolly dated April 18, 2003, exists only in paper format (in its complete, filed form) and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

April 18, 2003               MURPHY & SHAFFER

                             By: /s/ *John J. Connolly*
                                 William J. Murphy
                                 John J. Connolly

                             36 S. Charles St., Suite 1400
                             Baltimore, Maryland 21201
                             (410) 783-7000
                             (410) 783-8823 (fax)

                             *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April, 2003, I caused copies of the foregoing NOTICE OF FILING OF LENGTHY EXHIBITS to be sent by first-class, postage-prepaid mail to:

>Kathryn Miller Goldman, Esquire
>JIRANEK, GOLDMAN & MINTON, P.C.
>19 E. Fayette Street, Suite 401
>Baltimore, Maryland 21202
>
>Michael T. Sullivan, Esquire
>SULLIVAN & WORCESTER LLP
>565 Fifth Avenue, 18th Floor
>New York, New York 10017

>/s/ *John J. Connolly*
>John J. Connolly