LAW OFFICES

**MURPHY & SHAFFER**

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

JOHN J. CONNOLLY             TELEPHONE (410) 783-7000
JConnolly@murphyshaffer.com        FACSIMILE (410) 783-8823

April 25, 2003

Hon. Catherine C. Blake
United States District Judge
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

         **RE: Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.,
             C.A. No. CCB 03-527.**

Dear Judge Blake:

       In my letter of April 18, 2003 (Paper No. 20), I indicated that the United States District Court for the District of New Jersey would hold a hearing on April 21, 2003, on a motion filed by our client, Truitt Enterprises, LLC ("TE"), to dismiss the Complaint filed in New Jersey by affiliates of Fortis, Inc., or to transfer that Complaint to this Court. Today we received the written Order reflecting the oral ruling Magistrate Judge Shwartz issued at the hearing. *See* Ex. 1. Judge Shwartz granted the motion to transfer (thereby implicitly denying the motion to dismiss for improper venue), and she deferred ruling on the motion to dismiss Count 1 of the New Jersey Complaint for failure to state a claim.

       Presumably, Fortis's Complaint will be consolidated with TE's Complaint in this action when the New Jersey file is actually transferred, and we are prepared to file a formal motion to consolidate if necessary. (We will be filing an Answer or other response to Counts 2 and 3 of Fortis's Complaint by May 5, 2003.) That would leave the following issues open for resolution by this Court.

       First, the New Jersey Court did not resolve TE's motion to dismiss Count 1 of the Complaint filed in New Jersey, a claim for breach of fiduciary duty. Fortis did not oppose this aspect of TE's motion, but instead stated in its opposition that it was "withdraw[ing]" Count 1. In its reply memorandum, TE requested that the Court dismiss Count 1 with prejudice.

       Second, with respect to Fortis's motion to dismiss in Case No. 03-527 pending in this Court (Paper No. 8), we believe that the primary argument – that this action was a compulsory

counterclaim to Fortis's action in New Jersey – is now moot. (This argument was set forth under Roman numeral I in Fortis's memorandum.) The arguments under Roman numerals II (seeking dismissal of Fortis, Inc., as a defendant), and III (seeking dismissal of a third-party beneficiary claim filed by plaintiff James F. Truitt Jr., P.A.) remain justiciable and have been fully briefed.

If the Court would like further clarification by teleconference or other means, we will be happy to make the necessary arrangements.

Thank you for your consideration.

Respectfully submitted,

/s/

John J. Connolly

cc: Kathryn Miller Goldman, Esq. (by efiling system)
Andrew Solomon, Esq. (by efiling system)