18

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK
2003 APR 22 P 3: 36

| | | |
|---|---|---|
| **AMERICAN BANKERS** | : | Civil No. 03-707 (KSH) |
| **INSURANCE COMPANY** | : | |
| **OF FLORIDA, et al.,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | **FILED** |
| v. | : | |
| | : | APR 22 2003 |
| | : | |
| **TRUITT ENTERPRISES, LLC,** | : | ORDER   AT 8:30 ........ M |
| | : | WILLIAM T. WALSH |
| Defendant. | : | CLERK |

This matter having come before the Court on the motion of the defendant, Truitt Enterprises, LLC, to dismiss for improper venue or, in the alternative, to transfer and dismiss Count One for failure to state a claim and the Court having reviewed the submissions of the parties and having heard the oral arguments of the parties; and for the reasons set forth in the Opinion delivered on the record and for good cause shown:

IT IS this 21st day of April, 2003,

**ORDERED** that the above captioned case be **TRANSFERRED** to the District of Maryland pursuant to 28 U.S.C. §1404(a).

**ENTERED**
ON
THE DOCKET

APR 23 2003

WILLIAM T. WALSH, CLERK
By _Charlie Sander_
(Deputy Clerk)

_Patty Shwartz_
HON. PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE