IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, et al., | : | |
| Plaintiffs, | : | |
| -against- | : | Civil Action No. CCB 03-527 |
| FORTIS, INC., et al., | : | |
| Defendants. | : | |
| | : | |

**DEFENDANTS' OPPOSITION TO MOTION
TO CONSOLIDATE**

Defendants American Bankers Insurance Group, Inc., American Security Insurance Company and Fortis, Inc. ("Defendants") submit this opposition to the motion of Truitt Enterprises, LLC and James F. Truitt, Jr., P.A. ("Plaintiffs") to consolidate the instant action with the action captioned, *American Bankers Ins. Co. of Florida, et al. v. Truitt Enterprises, LLC,* Case No. 03-1422 (the "First Filed Action"), which had been filed in the District of New Jersey and which was transferred to this Court, pursuant to 28 U.S.C. §1404(a).

1.  Plaintiffs' motion to consolidate this action with the First Filed Action is untimely and improper. Currently pending before this Court is Defendants' motion to dismiss the complaint. One basis for dismissal is that this lawsuit should be dismissed in deference to the First Filed Action. If dismissal is ordered, Plaintiffs would then have to bring their claims as counterclaims in the First Filed Action, and consolidation would be a moot issue. This motion is thus premature.

1

{M0036416; 1}

2. Until the dismissal motion is decided, Plaintiffs' letter notifying the Court of the transfer of the First Filed Action to this District was sufficient. Nevertheless, having decided to bring this consolidation motion, Plaintiffs should have refrained from mud-slinging and re-argument of the motion to dismiss. Thus, Plaintiffs need not have repeated (i) the frivolous charge that they were "tricked" into not filing this lawsuit sooner, or (ii) that the First Filed Action was brought peremptorily, not genuinely, or (iii) that Defendants breached their contractual obligations. All three charges are false --- tiresome repetition will not make them true.

3. Indeed, the evidence will show that it was Plaintiffs who breached the December 14, 2000 contract by (i) purchasing tax liens that were not supposed to be bought; (ii) servicing the assets negligently; (iii) overcharging for services not performed; (iv) foreclosing real estate that was not supposed to be foreclosed; and (v) engaging in impermissible self-dealing.

4. The evidence will also show, with regard to Plaintiffs' claims, that (i) Defendants were privileged in terminating the contract and (ii) that James F. Truitt Jr., P.A., the attorney, has no standing to sue as a third-party beneficiary to the contract between Truitt Enterprises and American Bankers, where the contract expressly states that it "shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns," of which James F. Truitt Jr., P.A. was not a member.

5. For the reasons stated above, Plaintiffs' Motion to Consolidate should be denied with leave to renew, pending the resolution of Defendants' dismissal motion.

Dated: May 16, 2003                                    JIRANEK, GOLDMAN & MINTON, P.C.


By:   /s/*Andrew L. Jiranek*
      Andrew L. Jiranek
      19 E. Fayette Street, Ste. 401
      Baltimore, MD 21202
      (410) 783-1300

      Michael T. Sullivan (MS 3158)
      Andrew T. Solomon (AS 9200)
      SULLIVAN & WORCESTER LLP
      565 Fifth Avenue, 18th Floor
      New York, NY 10017
      (212) 213-8200

      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2003, I served a copy of the foregoing Opposition to Motion to Consolidate by first-class mail postage pre-paid, to:

William J. Murphy, Esq.
John J. Connolly, Esq.
Murphy & Shaffer
Suite 1400
36 South Charles Street
Baltimore, MD, 21201-3109

      /s/*Andrew L. Jiranek*
      Andrew L. Jiranek