THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.* § <br> § <br> Plaintiffs, § <br> § <br> v. §     Case No. 1:03-CV-00527-CCB <br> § <br> FORTIS, INC., *et al.* § <br> § <br> Defendants. § <br> § | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY AND WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Michael A. Brown, Esquire and Michael E. Blumenfeld, Esquire of Brown, Diffenderffer & Kearney, LLP as counsel for Defendants in the above-captioned matter.

Please withdraw the appearance of Kathryn Miller Goldman, Esquire and the law firm of Jiranek Goldman and Minton, PC as counsel for Defendants in the above-captioned matter.

---

Michael A. Brown, Esquire (07483)  
Michael E. Blumenfeld, Esquire (025062)  
Brown, Diffenderffer & Kearney, LLP  
1010 Hull Street, Suite 300  
Baltimore, Maryland 21230  
(410) 296-8500

Kathryn Miller Goldman, Esquire (         )  
Jiranek Goldman and Minton, PC  
19 East Fayette Street, Suite 401  
Baltimore, Maryland 21202  
(410) 783-1300

## **CERTIFICATE OF SERVICE**

  I hereby certify on this ___ day of June 2003, a copy of the foregoing Entry and Withdrawal of Appearance was electronically filed. Parties who are not registered users will receive a copy of the foregoing by mail.

                 _____
                 Michael E. Blumenfeld