IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, et al. | : : : |
| v. | : Civil Action No. CCB-03-527 : |
| FORTIS, INC., et al. | : : : |

..............................oOo................................

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, et al. | : : : |
| v. | : Civil Action No. CCB-03-1422 : |
| TRUITT ENTERPRISES, LLC | : : |

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the Fortis parties' motion to dismiss in CCB-03-527 (Docket No. 8) is **DENIED**;

2. the Truitt parties' motions to consolidate (Docket No. 22 in CCB-03-527 and Docket No. 3 in CCB-03-1422) is **GRANTED**; the pleadings in this consolidated action shall be captioned CCB-03-527, and the Truitt parties shall be designated "plaintiffs," while the Fortis parties shall be designated "defendants;" and

3.  copies of this Order and the accompanying Memorandum shall be sent to counsel of record.

_____  _____
Date                         Catherine C. Blake
                             United States District Judge