IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUITT ENTERPRISES, LLC, :
et al. :
 :
    v. : Civil Action No. CCB-03-527
 :
FORTIS, INC., et al. :
 :

...............................oOo................................

AMERICAN BANKERS INSURANCE :
COMPANY OF FLORIDA, et al. :
 :
    v. : Civil Action No. CCB-03-1422
 :
TRUITT ENTERPRISES, LLC :
 :

**ORDER**

    For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

    1.   the Fortis parties' motion to dismiss in CCB-03-527 (Docket No. 8) is **DENIED**;

    2.   the Truitt parties' motions to consolidate (Docket No. 22 in CCB-03-527 and Docket No. 3 in CCB-03-1422) is **GRANTED**; the pleadings in this consolidated action shall be captioned CCB-03-527, and the Truitt parties shall be designated "plaintiffs," while the Fortis parties shall be designated "defendants;" and

3.  copies of this Order and the accompanying Memorandum shall be sent to counsel of record.


<u>June 25, 2003</u>                 <u>       /s/                    </u>
Date                                      Catherine C. Blake
                                           United States District Judge