UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>Fax (410) 962-6836 |

July 22, 2003

In re:   Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al., Civil No. CCB-03-527
**consolidated with:** American Bankers Insurance Company of Florida, et al. v. Truitt Enterprises, LLC, Civil No. CCB-03-1422

Dear Counsel:

This serves to correct an inaccuracy in the Scheduling Order issued in these cases on July 18, 2003.

As per our discussions during the conference call on July 18, 2003, it was agreed that each side would be limited to **50 hours** of depositions of fact witnesses (including parties).  The Scheduling Order issued that date, however, inaccurately reflected a limit of 20 hours.  Accordingly, the Scheduling Order is modified to reflect 50 hours of depositions.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/s/

Catherine C. Blake
United States District Judge