**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, *et al.*, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs Truitt Enterprises, LLC (hereinafter "TE"), and James F. Truitt, Jr. P.A. (hereinafter "Truitt"), through their undersigned attorneys, hereby move for leave to file an Amended Complaint in this action, pursuant to Federal Rule 15(a) and Local Rule 103.6. A copy of the proposed Amended Complaint is attached hereto as Exhibit 1, and a redlined version comparing the differences between the Amended Complaint and the original Complaint is attached hereto as Exhibit 2.

The purpose of the amendment is to add additional defendants, all of whom are related to defendant Fortis, Inc. (Certain additional changes to the jurisdictional and venue

allegations have been made to account for removal of this case from the Circuit Court for Baltimore County, where the initial Complaint was filed.)  Plaintiffs previously indicated to the Court that they intended to add certain defendants in an Amended Complaint, and the Court appeared to contemplate that plaintiffs would do so in its Memorandum Opinion of June 25, 2003, at note 1.  In any event, defendants' counsel, Andrew Solomon, has consented to the filing of the Amended Complaint.

Accordingly, plaintiffs Truitt Enterprises, LLC and James F. Truitt, Jr. P.A. respectfully request that the motion for leave to file an amended complaint be granted, and that the Court instruct the Clerk to accept the attached Amended Complaint for filing in this action.

Dated: July 29, 2003

Respectfully submitted,

MURPHY & SHAFFER LLC

By: /s/ *William J. Murphy*
    William J. Murphy (00497)
    John J. Connolly (09537)

Suite 1400
36 South Charles Street
Baltimore, Maryland 21201
(410) 783-7000

*Attorneys for Plaintiffs*