LAW OFFICES

**MURPHY & SHAFFER**

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

WILLIAM J. MURPHY  
WMurphy@murphyshaffer.com

TELEPHONE (410) 783-7000  
FACSIMILE (410) 783-8823

August 7, 2003

The Honorable Beth Gesner  
Magistrate Judge  
United States District Court  
  for the District of Maryland  
Garmatz Federal Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

        **RE: Truitt Enterprises, LLC, *et al.* v. Fortis, Inc., *et al.*,**  
            **Civil Action No. CCB 03-527.**

Dear Judge Gesner:

     My client in this matter, James F. Truitt, Jr., has long-standing travel plans during the period from December 27, 2003 through January 12, 2004. As a result, I am requesting that the Court postpone the Settlement Conference that has been scheduled for January 6, 2004. My client and I generally can be available during the month of January, after January 13, 2004.

     Thank you for your consideration of this request.

                                         Respectfully submitted,

                                         /s/

                                         William J. Murphy

WJM/mer  
cc:    Andrew Solomon, Esq. (by efiling system)  
        Michael A. Brown, Esq. (by efiling system)