LAW OFFICES

# MURPHY & SHAFFER

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

WILLIAM J. MURPHY  
WMurphy@murphyshaffer.com

TELEPHONE (410) 783-7000  
FACSIMILE (410) 783-8823

August 15, 2003

The Honorable Beth Gesner  
Magistrate Judge  
United States District Court  
  for the District of Maryland  
Garmatz Federal Courthouse  
101 W. Lombard Street  
Baltimore, Maryland 21201

        **RE: Truitt Enterprises, LLC, *et al.* v. Fortis, Inc., *et al.*,**  
            **Civil Action No. CCB 03-527.**

Dear Judge Gesner:

      I write to confirm that the parties have agreed to a date of January 14, 2004, at 10:00 a.m. for the Settlement Conference in the referenced action. This also will confirm that the new date for the submission of *ex parte* letters is December 30, 2003.

      Thank you for your consideration in this matter.

                                   Respectfully submitted,

                                   /s/

                                   William J. Murphy

WJM/mer  
cc:    Andrew Solomon, Esq. (by efiling system)  
        Michael A. Brown, Esq. (by efiling system)

bcc: James F. Truitt Jr., Esq. (via fax)