LAW OFFICES

**MURPHY & SHAFFER LLC**

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

JOHN J. CONNOLLY
JConnolly@murphyshaffer.com

TELEPHONE (410) 783-7000
FACSIMILE (410) 783-8823

September 4, 2003

**BY ELECTRONIC FILING**

Hon. Catherine C. Blake
United States District Judge
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

**RE: Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.,
C.A. No. CCB 03-527, 03-1422 (Consolidated).**

Dear Judge Blake:

      On July 29, 2003, plaintiffs Truitt Enterprises, LLC and James F. Truitt Jr., P.A., filed a motion for leave to file an Amended Complaint in the referenced actions, together with copies of the proposed Amended Complaint and a red-lined version showing the changes. (Paper No. 36.) The purpose of the amendment was to add additional parties related to the existing defendants. As we represented in the motion, counsel for the defendants had consented to the filing of the Amended Complaint, and no party has opposed the motion.

      My understanding is that we cannot have summonses issued or the new parties served until the Court rules on our motion. Although discovery is proceeding as to the existing parties and we assume that the new parties will be represented by the same counsel, we would like to make sure that all defendants have ample time to participate in this case. Accordingly, we would be grateful if your Honor could issue a ruling on the motion to amend.

      Thank you for your consideration.

                                  Respectfully submitted,

                                  /s/

                                  John J. Connolly

cc: All counsel of record (by efiling system)