# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE | ) | |
| COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF ATTACHMENTS
## TO AMENDED COMPLAINT

Plaintiffs Truitt Enterprises, LLC and James F. Truitt Jr., P.A., by their undersigned attorneys, hereby file Exhibits A and B to the Amended Complaint filed in this action. Exhibits A and B were attached to the initial Complaint in this action and they were referenced in the proposed Amended Complaint,[1] but copies were not attached to the proposed Amended Complaint. Because plaintiffs intend to serve the Exhibits with the Amended Complaint, plaintiffs believe they should include the Exhibits to complete the electronic record.

_____

[1] The copies attached to this document are more legible than the copies attached to the initial Complaint. In addition, one of the signature pages on Exhibit A was omitted in the initial filing.

MURPHY & SHAFFER LLC


By: _/s/ John J. Connolly_____
    William J. Murphy (00497)
    John J. Connolly (09537)

36 S. Charles St., Suite 1400
Baltimore, Maryland 21201
(410) 783-7000

*Attorneys for Plaintiffs*

2