# TRUITT ENTERPRISES, LLC

1526 York Road / Lutherville, MD 21093 / Tel. (410) 583-9640 / Fax (410) 583-9644

March 6, 2002

BY FAX – (212) 859-7202

James Brinkerhoff
FORTIS ADVISERS, INC.
One Chase Manhattan Plaza
New York, NY 10005

Dear Jay:

    As I mentioned in recent conversations, I have had discussions over the last several weeks with a potential buyer of the American Bankers' portfolio, which may prove to be a substantial prospect. Before proceeding further with these discussions, I thought it best to have a clearer understanding of the commission that Truitt Enterprises will receive in the event of a successful bulk sale of the entire portfolio. This proposal is based on creating two kinds of inducements for Truitt Enterprises: *first*, to complete a transaction within one year if possible; and *second*, to generate the highest possible price for Fortis.

    In that regard, I propose the following:

    1.    For any sale of the entire portfolio that closes during calendar year 2002 for a sales price which is greater than 90% of the total portfolio value, including principal and accrued interest (and net of any brokerage fees or commissions paid by Fortis to third parties), Truitt Enterprises will receive a commission of 3.0% of the net sales price. To the extent that the net sales price is in excess of 90% of the total portfolio value, Truitt Enterprises will receive an additional 20% of that excess.

    2.    For any sale of the entire portfolio that closes during 2003, for a net sales price which is greater than 90% of the total portfolio value, Truitt Enterprises' base commission will be reduced to 2.5% of the net sale price, and Truitt Enterprises will receive 20% of the net sales price over 90% of the total portfolio value.



EXHIBIT B

James Brinkerhoff
Page 2
March 6, 2002

3. We agree that Fortis may find it prudent to sell a large portion of the portfolio that does not constitute the entire portfolio, or to sell the portfolio for less than 90% of the total portfolio value, or to close on a sale in years subsequent to 2003. In the event of any such bulk sale (in excess of $1 million) that does not trigger the commission formulas set forth in ¶¶ 1-2 above, Truitt Enterprises shall receive a commission of 2% of the net sales price. For example, on a $10 million net bulk sale, after payment of any third party brokers' fees or commissions by Fortis, Truitt Enterprises will receive a $200,000 commission.

4. It is understood that Fortis will retain the sole discretion to approve all bulk sales in excess of $1 million.

5. It is agreed that whenever Truitt discloses a potential bulk sale transaction to Fortis, Truitt also will disclose whether and to what extent Truitt (or its principal James F. Truitt, Jr.) will be entitled to participate in any fashion in the ownership or management of the portfolio on behalf of the proposed purchaser.

Please let me know if this proposal is acceptable to Fortis. If it is, please indicate by signing below.

Very truly yours,

James F. Truitt, Jr.

APPROVED this 13 day of March, 2002.

James Brinkerhoff
For Fortis/Assurant Group/American Bankers

6. The provisions of this letter will govern any inconsistent provisions contained in the Contract between Truitt and American Bankers. This letter shall otherwise be deemed a part of and is subject to the terms of the Contract.    J.F.T.