**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v.  )<br>)<br>FORTIS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. CCB 03-527<br>(Consolidated) |
| AMERICAN BANKERS INSURANCE )<br> COMPANY OF FLORIDA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v.  )<br>)<br>TRUITT ENTERPRISES, LLC, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. CCB 03-1422<br>(Consolidated) |

**NOTICE OF SERVICE OF MOTION TO COMPEL**

Plaintiffs Truitt Enterprises, LLC and James F. Truitt Jr., P.A. (collectively, "TE"), have on the 30th day of September, 2003, served a motion for an order compelling defendants Fortis, Inc., American Bankers Insurance Group, Inc. ("ABIG"), and American Security Insurance Company ("ASIC") (collectively, "Fortis"), to submit proper responses to plaintiffs' Interrogatories.

| | |
|---|---|
| September 30, 2003 | MURPHY & SHAFFER |
| | By: /s/ *John J. Connolly* |
| |     William J. Murphy |
| |     John J. Connolly |
| | 36 S. Charles St., Suite 1400 |
| | Baltimore, Maryland 21201 |
| | (410) 783-7000 |
| | (410) 783-8823 (fax) |
| | *Attorneys for Plaintiffs* |