### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FORTIS, INC., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. CCB 03-527<br>(Consolidated) |
| AMERICAN BANKERS INSURANCE<br>COMPANY OF FLORIDA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TRUITT ENTERPRISES, LLC, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. CCB 03-1422<br>(Consolidated) |

### **NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibit 1, which is an attachment to Plaintiff's Motion to Compel Answers to Interrogatories, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

| | |
|---|---|
| September 30, 2003 | MURPHY & SHAFFER |

By:/s/ *John J. Connolly*
    William J. Murphy
    John J. Connolly

36 S. Charles St., Suite 1400
Baltimore, Maryland 21201
(410) 783-7000
(410) 783-8823 (fax)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2003, I caused copies of the foregoing NOTICE OF FILING OF LENGTHY EXHIBITS to be sent by first-class, postage-prepaid mail to:

>Andrew Solomon, Esq.
>SULLIVAN & WORCESTER LLP
>1290 Avenue of the Americas
>New York, New York 10104
>
>Michael A. Brown, Esq.
>Michael E. Blumenfeld, Esq.
>BROWN, DIFFENDERFFER & KEARNEY, LLP
>1010 Hull Street, Suite 300
>Baltimore, Maryland 21230

>/s/ *John J. Connolly*
>John J. Connolly