IN BOSTON.
ONE POST OFFICE SQUARE
BOSTON, MASSACHUSETTS 02109
(617) 338-2800
FAX NO. 617-338-2880

**SULLIVAN & WORCESTER LLP**
1290 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10104
(212) 660-3000
FAX NO. 212-660-3001

IN WASHINGTON D.C.
1666 K STREET, N.W.
WASHINGTON, D.C. 20006
(202) 775-1200
FAX NO. 202-293-2275

September 22, 2003

By Facsimile

William J. Murphy, Esq.
Murphy & Shaffer LLC
36 South Charles St., Ste. 1400
Baltimore, MD 21201

Re:  <u>Truitt Enterprise LLC v. Fortis, Inc.</u>

Dear Mr. Murphy:

Your letter of September 12, 2003 is long on rhetoric but short on substance. Truitt repeatedly violated key provisions of the relevant contract. Indeed, it is the massive scope of those violations that prevents comprehensive responses interrogatories at this time. When we have concluded our analysis, we will promptly supplement defendants' interrogatory responses as appropriate.

Your complaints about defendants' response to Truitt's document demand is premature at best. We suggest that you wait until you receive our production, which should be at your offices by Wednesday, September 24, 2003. Defendants' document production will be comprehensive with respect to their general corporate files. As for the 150 boxes of servicing materials Truitt produced after he was fired, you can have access to them at your pleasure. All of the documents are being held in Florida, with American Bankers' replacement servicer. Please let me know when you intend to conduct your review, and I will set it up.

I suggest that we speak at the end of the week, after we have seen your documents and you have seen ours, to discuss further discovery issues.

Very truly yours,

Andrew T. Solomon

cc:  John F. Sheehan, Esq.
     Michael T. Sullivan, Esq.