**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF SERVICE OF REPLY TO RESPONSE TO MOTION TO COMPEL**

Plaintiffs Truitt Enterprises, LLC and James F. Truitt Jr., P.A. (collectively, "TE"), have on the 27th day of October, 2003, served a reply memorandum in support of their motion for an order compelling defendants Fortis, Inc., American Bankers Insurance Group, Inc. ("ABIG"), and American Security Insurance Company ("ASIC") (collectively, "Fortis"), to submit proper responses to TE's Interrogatories.

| | |
|---|---|
| October 27, 2003 | MURPHY & SHAFFER, LLC |
| | By: /s/ *John J. Connolly* <br>     William J. Murphy <br>     John J. Connolly |
| | 36 S. Charles St., Suite 1400 <br> Baltimore, Maryland 21201 <br> (410) 783-7000 <br> (410) 783-8823 (fax) |
| | *Attorneys for Plaintiffs* |