IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**REPLY OF PLAINTIFFS AND COUNTERDEFENDANTS
TO COUNTERCLAIMS FILED BY FORTIS, INC. AND
<u>AMERICAN BANKERS INSURANCE GROUP</u>**

Plaintiffs and Counterdefendants, Truitt Enterprises LLC ("Truitt Enterprises") and James F. Truitt, P.A. ("Truitt"), for their Reply to the Counterclaims filed by Fortis, Inc., American Bankers Insurance Group, Inc., American Bankers Insurance Company of Florida, Union Security Life Insurance Company, American Reliable Insurance Company, American Bankers Life Assurance Company of Florida, and Standard Guaranty Insurance Company ("Counterclaim Plaintiffs"), hereby respond as follows:

1. In answering paragraph 1 of the Counterclaims, Truitt Enterprises and Truitt incorporate by reference Truitt Enterprises' Answer to the Amended Complaint filed by American Bankers Insurance Company of Florida, American Bankers Life Assurance Company of Florida, American Reliable Insurance Company, and Federal Warranty Service Corporation, including all Affirmative Defenses, which Answer was filed in Civil Action No. CCB-03-1422 on or about May 19, 2003.

2. Paragraph 2 of the Counterclaims states a legal conclusion as to which no answer is required; Truitt Enterprises and Truitt deny that the Counterclaim Plaintiffs have a valid claim for unjust enrichment.

3. In answering paragraph 3 of the Counterclaims, Truitt Enterprises and Truitt incorporate by reference Truitt Enterprises' Answer to the Amended Complaint. Answering further, Truitt Enterprises and Truitt expressly deny that Truitt Enterprises breached the parties' contracts, and that Truitt received as a consequence any "inequitable" or "unjust benefits."

4. Truitt Enterprises and Truitt deny paragraph 4 of the Counterclaims, and further deny that the Counterclaim Plaintiffs are entitled to any of the relief they seek by reason of their counterclaims.

5. Truitt Enterprises and Truitt deny each and every allegation of the Counterclaims not expressly admitted in the foregoing paragraphs of this Reply or in the Answer to the Amended Complaint that is incorporated herein by reference.

**AFFIRMATIVE DEFENSES**

Truitt Enterprises and Truitt incorporate by reference herein each of the seven Affirmative Defenses set forth in Truitt Enterprises' Answer to the Amended Complaint referenced above.

WHEREFORE, Truitt Enterprises and Truitt request that the Counterclaims be dismissed with prejudice, that the Counterclaim Plaintiffs be ordered to pay the costs of this action, including attorneys' fees, and that the Court award such other and further relief as is just and appropriate.

**JURY TRIAL DEMAND**

Truitt Enterprises and Truitt hereby demand a trial by jury as to all claims triable of right by a jury in this action.

Respectfully submitted,

Dated: October 30, 2003

MURPHY & SHAFFER LLC

By: /s/ *William J. Murphy*
    William J. Murphy (00497)
    John J. Connolly (09537)

Suite 1400
36 South Charles Street
Baltimore, Maryland 21201
(410) 783-7000

*Attorneys for Plaintiffs*