THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, ET AL. | * | |
| Plaintiffs, | * | Civil No.: CCB-03-527 CONSOLIDATED |
| v. | * | |
| FORTIS, INC., ET AL. | * | |
| Defendants. | * | |
| | ***** | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, ET AL. | * | |
| Plaintiffs | * | Civil No.: CCB-03-1422 |
| v. | * | |
| TRUITT ENTERPRISES, LLC | * | |
| Defendants | * | |
| | ***** | |

## NOTICE OF SERVICE OF RESPONSE TO MOTION TO COMPEL

Defendants, American Bankers Insurance Group, Inc. ("ABIG"), American Security Insurance Company ("ASIC") and Fortis, Inc. ("Fortis") have on the 21st day of October, 2003, served a Opposition to Plaintiff's Motion to Compel Answers to Interrogatories and Request for Expenses.

November 4, 2003                                    Respectfully submitted,


                                      /S/_____
Michael A. Brown, Esquire (07483)
Michael E. Blumenfeld, Esquire (025062)
Brown, Diffenderffer & Kearney, LLP
1010 Hull Street, Suite 300
Baltimore, Maryland 21230
Telephone No.: (410) 296-8500
Facsimile No.: (410) 296-1559

and

Michael T. Sullivan, Esquire
Andrew T. Solomon, Esquire
SULLIVAN & WORCESTER LLP
565 Fifth Avenue, 18th Floor
New York, NY 10017
Telephone No.: (212) 486-8200
Facsimile No.: (646) 865-1494

Attorneys for Defendants/Counter-Plaintiffs