THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, ET AL. | * | |
| Plaintiffs, | * | Civil No.: CCB-03-527<br>CONSOLIDATED |
| v. | * | |
| FORTIS, INC., ET AL. | * | |
| Defendants. | * | |
| | ***** | |
| AMERICAN BANKERS INSURANCE<br>COMPANY OF FLORIDA, ET AL. | * | |
| Plaintiffs | * | Civil No.: CCB-03-1422 |
| v. | * | |
| TRUITT ENTERPRISES, LLC | * | |
| Defendants | * | |
| | ***** | |

## NOTICE TO FILE DECLARATION

By way of this Notice to File Declaration, Defendants, American Bankers Insurance Group, Inc. ("ABIG"), American Security Insurance Company ("ASIC") and Fortis, Inc. ("Fortis") have on this 4th day of November, 2003, filed the attached Declaration of Andrew T. Solomon in Opposition to Motion to Compel Answers to Interrogatories and Request for Expenses.

November 4, 2003                              Respectfully submitted,


                                              _____/S/_____
                                              Michael A. Brown, Esquire (07483)
                                              Michael E. Blumenfeld, Esquire (025062)
                                              Brown, Diffenderffer & Kearney, LLP
                                              1010 Hull Street, Suite 300
                                              Baltimore, Maryland 21230
                                              Telephone No.:  (410) 296-8500
                                              Facsimile No.:  (410) 296-1559

                                              and

                                              Michael T. Sullivan, Esquire
                                              Andrew T. Solomon, Esquire
                                              SULLIVAN & WORCESTER LLP
                                              565 Fifth Avenue, 18th Floor
                                              New York, NY 10017
                                              Telephone No.:  (212) 486-8200
                                              Facsimile No.: (646) 865-1494

                                              Attorneys for Defendants/Counter-Plaintiffs