IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

A motion to compel discovery was served on defendants Fortis, Inc., American Bankers Insurance Group, Inc. ("ABIG"), and American Security Insurance Company ("ASIC") (collectively, "Fortis"). The motion is attached to the notice of service of motion to compel discovery filed in this case as Paper No. 44. A response was served and is attached to the notice of service of response to the motion to compel discovery filed in this case as Paper Nos. 48 and 49. A reply was served and is attached to the notice of service of reply filed in this case as Paper No. 46. (The papers are out of sequence because Fortis did not initially efile its response, but the response was timely served upon plaintiffs.)

Counsel have conferred and have been unable to resolve the following issues raised in the motion to compel: the time when "contention" interrogatories must be answered.

These issues are addressed in detail in the motion to compel at pages 6-10, the response at pages 4-6, and in the reply at pages 1-6.

A certificate of compliance with Local Rule 104.7 is attached hereto.

Dated: November 4, 2003                                                  Respectfully submitted,

                                                                          MURPHY & SHAFFER LLC


                                                                          By: /s/ *John J. Connolly*
                                                                             William J. Murphy (00497)
                                                                             John J. Connolly (09537)

                                                                          36 S. Charles St., Suite 1400
                                                                          Baltimore, Maryland 21201
                                                                          (410) 783-7000

                                                                          *Attorneys for Plaintiffs*