**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF COUNSEL RECITING
<u>ATTEMPT TO RESOLVE DISCOVERY DISPUTE</u>**

Pursuant to Local Rule 104.7, counsel for plaintiffs Truitt Enterprises, LLC and James F. Truitt Jr., P.A. (collectively, "TE") hereby certify that after receiving the interrogatory responses of defendants Fortis, Inc., American Bankers Insurance Group, Inc. ("ABIG"), and American Security Insurance Company ("ASIC") (collectively, "Fortis"), TE's counsel (William J. Murphy) wrote to Fortis's counsel (Andrew Solomon) demanding full and complete answers. A copy of that letter, dated September 12, is attached to the Motion to Compel as Exhibit 2. On or about September 15, 2003, counsel for plaintiffs (William J. Murphy and John J. Connolly) spoke to Mr. Solomon by telephone about the interrogatory responses and other matters. Fortis's counsel took the position that

Fortis was not obligated to respond to interrogatories until Fortis completed its analysis. TE's counsel stated that they could not prepare their case on Fortis's timetable. TE's counsel agreed to withhold filing a motion until Fortis could respond to the letter of September 12. Fortis's response, dated September 22, 2003, is attached to the Motion to Compel as Exhibit 3. Plaintiffs were dissatisfied with the response and accordingly filed their motion to compel. Thereafter Fortis submitted supplemental responses, and counsel had several conversations about the interrogatory responses and the motion to compel. The final conversations occurred on November 3 and 4, 2003, by telephone between Mr. Solomon and Mr. Connolly. Counsel could not resolve their dispute, principally because they take different positions on the timing of "contention" interrogatories during the course of discovery.

Dated: November 4, 2003               Respectfully submitted

                                      MURPHY & SHAFFER LLC


                                      By: /s/ *John J. Connolly*
                                          William J. Murphy (00497)
                                          John J. Connolly (09537)

                                      36 S. Charles St., Suite 1400
                                      Baltimore, Maryland 21201
                                      (410) 783-7000

                                      *Attorneys for Plaintiffs*