LAW OFFICES

**MURPHY & SHAFFER LLC**

SUITE 1400

36 SOUTH CHARLES STREET

BALTIMORE, MARYLAND 21201-3109

JOHN J. CONNOLLY  
JConnolly@murphyshaffer.com

TELEPHONE (410) 783-7000  
FACSIMILE (410) 783-8823

November 18, 2003

Hon. Catherine C. Blake  
United States District Judge  
Garmatz Federal Courthouse  
101 W. Lombard St.  
Baltimore, Maryland 21201

> **RE: Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.,**
> **C.A. No. CCB 03-527; 03-1422 (Consolidated)**

Dear Judge Blake:

     We represent plaintiffs and counterdefendants Truitt Enterprises, LLC and James F. Truitt Jr., P.A., in the referenced matter. I write, with the consent of counsel for the defendants and counterplaintiffs, to request an extension of discovery in this matter of approximately five weeks; *i.e.*, from December 22, 2003, to January 30, 2004. The parties generally have been cooperating in scheduling and taking discovery, but we have had difficulty finding open dates for depositions in the time remaining. A number of the witnesses are out of state and require special planning. In addition, the expert issues are more complex than originally anticipated, and the completion of expert discovery is expected to take additional time.

     The proposed schedule set forth below would not change the dispositive pretrial motions deadline, now set for February 23, 2004. We would request, however, that the Court modify the remaining dates in the Scheduling Order to reflect the following:

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures <u>re</u> experts | Dec. 1, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | Dec. 15, 2003 |
| Discovery deadline; submission of status report | Jan. 30, 2004 |

Hon. Catherine C. Blake
November 18, 2003
Page 2

Requests for admission          Feb. 6, 2004

Dispositive pretrial            February 23, 2004
motions deadline

      One other issue affected by this request is the Settlement Conference, currently set for January 14, 2004, before Judge Gesner. We would request leave to attempt to re-schedule that Conference with Judge Gesner for a date in February 2004; if Judge Gesner is not available, however, the parties are prepared to participate in the Settlement Conference on January 14.

      Thank you for your consideration.

Respectfully submitted,

/s/

John J. Connolly

cc: Andrew Solomon, Esq. (by efiling system)