FILE
DISTRICT OF MARYLAND

LAW OFFICES

# MURPHY & SHAFFER LLC

SUITE 1400
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-3109

JOHN J. CONNOLLY
JConnolly@murphyshaffer.com

TELEPHONE (410) 783-7000
FACSIMILE (410) 783-8823

November 18, 2003

Hon. Catherine C. Blake
United States District Judge
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, Maryland 21201

RE: **Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.,**
    **C.A. No. CCB 03-527; 03-1422 (Consolidated)**

Dear Judge Blake

      We represent plaintiffs and counterdefendants Truitt Enterprises, LLC and James F. Truitt Jr., P.A., in the referenced matter. I write, with the consent of counsel for the defendants and counterplaintiffs, to request an extension of discovery in this matter of approximately five weeks; *i.e.*, from December 22, 2003, to January 30, 2004. The parties generally have been cooperating in scheduling and taking discovery, but we have had difficulty finding open dates for depositions in the time remaining. A number of the witnesses are out of state and require special planning. In addition, the expert issues are more complex than originally anticipated, and the completion of expert discovery is expected to take additional time.

      The proposed schedule set forth below would not change the dispositive pretrial motions deadline, now set for February 23, 2004. We would request, however, that the Court modify the remaining dates in the Scheduling Order to reflect the following:

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | Dec. 1, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | Dec. 15, 2003 |
| Discovery deadline; submission of status report | Jan. 30, 2004 |

*Approved 11/18/03*

Hon. Catherine C. Blake  
November 18, 2003  
Page 2

| | |
|---|---|
| Requests for admission | Feb. 6, 2004 |
| Dispositive pretrial motions deadline | February 23, 2004 |

One other issue affected by this request is the Settlement Conference, currently set for January 14, 2004, before Judge Gesner. We would request leave to attempt to re-schedule that Conference with Judge Gesner for a date in February 2004; if Judge Gesner is not available, however, the parties are prepared to participate in the Settlement Conference on January 14.

Thank you for your consideration.

Respectfully submitted,

/s/

John J. Connolly

cc: Andrew Solomon, Esq. (by efiling system)