THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| TRUITT ENTERPRISES, LLC, *et al.* § § § Plaintiffs, § § v. § Case No. 1:03-CV-00527-CCB § FORTIS, INC., *et al.* § § Defendants. § § | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY AND WITHDRAWAL OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Michael A. Brown, Esquire and Michael E. Blumenfeld, Esquire of Brown, Diffenderffer & Kearney, LLP as counsel for Defendants in the above-captioned matter.

Please withdraw the appearance of Andrew L. Jiranek, Esquire and the law firm of Jiranek Jennings and Patterson LLP as counsel for Defendants in the above-captioned matter.

/s/
Michael A. Brown, Esquire
Michael E. Blumenfeld, Esquire
Brown, Diffenderffer & Kearney, LLP
Tide Point
1010 Hull Street
Baltimore, Maryland 21230
(410) 296-8500

/s/
Andrew L Jiranek, Esquire
Jiranek Jennings and Patterson, LLP
19 East Fayette Street, Suite 401
Baltimore, Maryland 21202
(410) 783-1300

2

## **CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of November 2003, a copy of the foregoing Entry and Withdrawal of Appearance, which was served on all parties via electronic filing.

_____
Michael E. Blumenfeld