**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

December 5, 2003

| | |
|---|---|
| John J. Connolly, Esquire | Michael Alan Brown, Esquire |
| William J. Murphy, Esquire | Michael Evan Blumenfeld, Esquire |
| Murphy & Shaffer | Brown, Diffenderffer & Kearney, LLP |
| 36 S. Charles Street, Suite 1400 | 1010 Hull Street, Suite 300 |
| Baltimore, Maryland 21201-1019 | Baltimore, Maryland 21230 |
| | |
| Andrew T. Solomon, Esquire | Andrew L. Jiranek, Esquire |
| Michael T. Sullivan, Esquire | Jiranek, Goldman & Minton, PC |
| Sullivan & Worcester, LLP | 19 E. Fayette Street, Suite 401 |
| 565 Fifth Avenue, 18th Floor | Baltimore, Maryland 21202-3316 |
| New York, N.Y. 10017 | |

Kathryn Miller Goldman, Esquire
Goldman & Minton, P.C.
207 East Redwood Street
Suite 400
Baltimore, Maryland 21202

Subject: Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.
Civil No. CCB-03-527

Dear Counsel:

The above captioned case has been referred to me for the resolution of discovery disputes pursuant to 28 U.S.C. § 636(b) and Local Rule 301.

Currently pending is Plaintiff's Motion to Compel Answers to Interrogatories by Defendant Fortis which appears to be fully briefed. Therefore, I am scheduling a telephone conference for Tuesday December 9, 2003 at 9:30 a.m. to discuss this motion.

Plaintiff's counsel should initiate the call. All other counsel should advise plaintiff's counsel as to whether they wish to participate. Other than Mr. Sullivan and Mr. Connolly (or other counsel from their respective offices), counsel need not participate unless you so choose.

<u>Truitt Enterprises, LLC, et al. v. Fortis, Inc., et al.</u>
December 5, 2003
Page 2

      Please advise my chambers immediately if you will not be available at that time.  I would appreciate it if plaintiff's counsel would initiate the telephone conference call.

                              Very truly yours,

                              /s/

                              Beth P. Gesner
                              United States Magistrate Judge