```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

**TRUITT ENTERPRISES, LLC,**  \*
**et. al.,**
    **Plaintiffs,**  \*

v.  \*  Civil Action Nos. CCB-03-527

                                              CCB-03-1422

**FORTIS, INC., et. al.**  \*
    **Defendants.**
                            \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

<u>**ORDER**</u>

    This case has been referred to the undersigned for the resolution of discovery disputes pursuant to 28 U.S.C. 636(b) and Local Rule 301.  Pending are plaintiffs' motion to compel answers to interrogatories (Paper Nos. 50, 44), defendants' opposition (Paper Nos. 48, 49), and plaintiffs' reply (Paper No. 46).  A telephone hearing was held before the undersigned on December 10, 2003 to discuss these motions.  For the following reasons, as well as those reasons set forth on the record at the motions hearing, plaintiffs' motion is granted.

    For purposes of the pending motion, the court will accept the parties' agreement that plaintiffs' First Set of Interrogatories are contention interrogatories.  (<u>See</u> Paper No. 44 at Exhibit 1; Paper No. 49 at Exhibit A).  The court has discretion in determining when in the discovery process

contention interrogatories should be answered.  Fed.R.Civ.P. 33(c).  Generally, "interrogatories are most helpful when propounded and answered early in the litigation," providing the parties with a road map on how to proceed in subsequent discovery and thereby allowing discovery to be more time and cost efficient.  See Jayne H. Lee, Inc. v. Flagstaff Indus. Corp., 173 F.R.D. 651, 653 (D. Md. 1997).  After consideration of the entire record in this case, including the parties' arguments and the interrogatories at issue, the court has determined that it is appropriate for defendants to provide answers to plaintiffs' First Set of Interrogatories at this point in the litigation.

Therefore, it is HEREBY ORDERED this _12th_ day of December, 2003, that plaintiffs' motion to compel (Paper Nos. 50, 44) is GRANTED.  Defendants must reply to plaintiffs' First Set of Interrogatories (with the exception of Interrogatory Nos. 4, 19 and 20) on or before Wednesday, December 17, 2003.  Such answers shall be complete and not evasive.  Fed.R.Civ.P. 37(a)(3).  Further, defendants are reminded of their obligation to supplement their answers in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

December 12, 2003                _/s/_____
Date                                      Beth P. Gesner

                                                      United States Magistrate Judge