**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
– Northern Division –

| | | |
|---|---|---|
| TRUITT ENTERPRISES, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-527 |
| | ) | (Consolidated) |
| FORTIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | | |
| AMERICAN BANKERS INSURANCE | ) | |
|  COMPANY OF FLORIDA, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. CCB 03-1422 |
| | ) | (Consolidated) |
| TRUITT ENTERPRISES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules 41(a) and (c), plaintiffs and counterdefendants Truitt Enterprises LLC and James F. Truitt Jr., P.A. and defendants and counterplaintiffs Fortis, Inc., American Bankers Insurance Group, Inc., American Bankers Insurance Company of Florida, Union Security Life Insurance Company, American Reliable Insurance Company, American Bankers Life Assurance Company of Florida, Standard Guaranty Insurance Company, American Security Insurance Company, and Federal Warranty Service Corporation, hereby stipulate that all claims and counterclaims in the captioned actions are **DISMISSED WITH PREJUDICE**, because of a settlement agreement reached by the parties. Each party shall bear its own costs and fees.

| MURPHY & SHAFFER LLC | SULLIVAN & WORCESTER LLP |
|---|---|
| By: /s/ *John J. Connolly*<br>    William J. Murphy (00497)<br>    John J. Connolly (09537) | By: /s/ *Andrew Solomon*<br>    Michael Sullivan<br>    Andrew Solomon |
| 36 S. Charles St., Suite 1400<br>Baltimore, Maryland 21201<br>(410) 783-7000 | 1290 Avenue of the Americas, 29th Fl.<br>New York, New York 10104<br>(212) 662-3023 |
| *Attorneys for Truitt Enterprises LLC and James F. Truitt Jr., P.A.* | *Attorneys for Fortis, Inc., American Bankers Insurance Group, Inc., American Bankers Insurance Company of Florida, Union Security Life Insurance Company, American Reliable Insurance Company, American Bankers Life Assurance Company of Florida, Standard Guaranty Insurance Company, American Security Insurance Company, and Federal Warranty Service Corporation* |